RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Shawn Michael McCowan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>SHAWN MICHAEL MCCOWAN,<br><br>           Defendant. | Case No. 2:20-CR-00151-JAD-EJY<br><br>**STIPULATION TO CONTINUE HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Shawn Michael McCowan, that the hearing currently scheduled on February 2, 2021 at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant will be unavailable during the scheduled hearing date.

2.      Defense counsel anticipates being available for the hearing at beginning of March 2021.  Government counsel will be unavailable the week of March 7, 2021.

3.      Defendant is incarcerated and does not object to a continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 8th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|   */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender |   */s/ Melanee Smith*<br>By_____<br>MELANEE SMITH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAWN MICHAEL MCCOWAN,<br><br>　　　　Defendant. | Case No. 2:20-CR-00151-JAD-EJY<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the hearing currently scheduled on February 2, 2021 at the hour of 9:30 a.m., be vacated and continued to March 4, 2021 at the hour of 9:30 a.m., in Courtroom 3B.

　　DATED this 8th day of January, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3