# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN MICHAEL MCCOWAN,<br><br>Defendant. | Case No. 2:20-CR-00151-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 98 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Monday, February 7, 2022 at 10:00 a.m., be vacated and advanced to January 10, 2022, at 3:00 p.m.

DATED this 4th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE