# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00151-JAD-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| SHAWN MICHAEL MCCOWAN, | **ECF No. 118** |
| Defendant. | |

Based on the parties' stipulation IT IS ORDERED that the revocation hearing currently scheduled for March 4, 2024 at 10:30 a.m., be vacated and continued to May 20, 2024, at 11:00 a.m.

DATED this 1st day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE