UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAWN MICHAEL MCCOWAN,<br><br>　　　　Defendant. | Case No. 2:20-cr-00151-JAD-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 20, 2024 at 11:00 a.m., be vacated and continued to June 12, 2024 at the hour of 11:00 a.m.

　　DATED this <u>16</u> day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3